FILED - GR
August 14, 2025 3:24 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: /m / 8/14

## State of Michigan

Court of __57th Judicial__   City of __Petoskey__

The people of (/) The state of Michigan

( ) __57th Stuart L Fenton 40970__
__Honorable Judge Deegan__

-vs-

Defendant: __Joseph Cooper__       __24-25 000.193-01__

**Petition for Writ of Habeas Corpus**
**By a prisoner in County Custody**

**1:25-cv-940**
**Ray Kent- Magistrate Judge**

I __Joseph Cooper__ presently incarcerated in the Emmet County Jail, seek access of the following warrants: __Relief Pre Conviction Motion to quash Complaint and arrest warrant. MCR 6.104  MCL 764.1 A (2)  Dismissal__ This prisoner exercises his/her constitutional rights to be brought before the __United States District Court__ to clear up this matter.

Although this is a crude draft, It is a legal binding document, copies signed and witnessed. If above said prisoner does not hear from the above mentioned court within (10) working days, he/she does declare this matter closed as guaranteed by the constitution of the United States.

Thankyou so much. For consideration Pre-Convict Relief

Signature __Joe Cooper__

Witness __[signature]__

1)

Your Honor,                                               8-6-2025
      To whom it may concern Respectively
     I apologize, I sent a writ
8-5-2025 I started the letter head Hi...
 I apologize I meant no disrespect I
appreciate and Respect admire the Court.
     I am Seeking Relief For the
Court to Quash The arrest warrant, affidavit
Dismissal. I sent the Affidavit MCL 780.653
People v Casey No 66445  I feel MSA 28.459 (3)
Iv tried writing Judge Deegen Iv asked 3
Attorneys to Fight For my Constitutional
Rites as to challenge the evidence there
is none. I feel just off the Arrest
Warrant Signed RSC (Innitials) For
Brandon J Stoper, BUS magistrate? Probation
officer and I challange the veracity of
the Affidavit. The Prosecuter Fenton's
Filings are procedurally and Constitutionally
defective Violation of Due process
Michigan Constitution 1963 Article 1 § 17 also
Art 1 § 11, Gerstein v Pugh 420 U.S. 103
     Lack of probable Cause in Complaint
Affidavit. No Signature Jurat, RSC Brandon
J Stoper. The Emett County Court has
Shown Prejudice already. Michigan Constitution

2

Provides coextensive protections Art 1 § 11 parallels the fourth Amendment 1 § 17 Due process mandates fair legal procedures at every stage including complaint and warrant issuance.

Legal conclusions, vagueness, conclusory or speculative allegations fail the particularity requirement under both the United States and Michigan Constitution.

People v Couch 436 Mich 154
Franks v Delaware 438 U.S.

The warrant cannot confer jurisdiction upon the court People v Martin 271 Mich App 280.

Prosecutorial overreach and charging requirements/enhancement, exagerating charges, not one indicia of the reliability of CI Tiffany McKeay known for lieing before. Not one mention of her CI number or any history of relationship between CI and officer. People v Sherbine 421 Mich 502

People v Kalchik Docket 85192
The Aguillar decision
People v Tooks 403 Mich 568

Docket 56696
People V David 119 Mich App
    In this case The court was not convinced that a Control buy alone was enough evidence for issuance of Warrant.
        Wongsun V United States
    Arrest was illegal, I believe RSC on Arrest Warrant deemed Invalid
    The CI Tiffany Mckay was Biased Vendictive Girlfriend I was leaving She stated Brain Cancer I wanted to see the paper and well She was probably lying. But, there's No Factual evidence
        Nor Don't get me started on Stuart Fenlon 2019 Aug I know a News Review Article is out he lost his employment For Replacing original Reports I feel hes still doing it hes deternetly a Bias, prejudice I have Complaints In ALC I'm sorry not mean to be disrespectful. I'm just Fighting For my life. I'v put Grievance In at the Jail as to a L.O Arrested me Trooper morse States 3-18-25 he dropped Arrest Warrant off to Jail Staff L.O's No Sherrifs to Serve and Arrest me after he Sworn To Arrest Warrant In Front of

Brandon J Stapor AKA (RSC) AKA electronic signature Brandon Stapor.

IV been denied bond eighth Amendment excessive Bail, Tried For $50,000 Cash/Surety Honor Judge Deegan said on Record Im Not Flight Risk Cash/Surety then I tried bond out to Fight/Argue Case Since I cant get Adequate Counsel Judge is aware of that as well. I feel this requires Judicial Scrutity Prosecutorial discretion is Not limited Courts have a Duty to Quash Charges that are exagerated beyond Legal Sufficiency. Wayte v United States 470 U.S 598

The Procedural and constitutional defects In this Case demand immediate Attention.

The Court (Emmett County) is duty bound to Safe guard the defendant (any) defendant Constitutional Rights and must Quash the Complaint and Arrest Warrant, Dismissal of Case- Failure to do so would perpetuate ongoing violations to My Fourth and Fourteenth Amendment as well as Michigan Constitution Protections. Please help Thank you so much Respectfully Joe Cooper

Joe Cooper 13085
450 Bay St.
Petoskey MI 49770

LegAL
Thankyou!

THIS MAIL ORIGINATES FROM
EMMET COUNTY
CORRECTIONAL FACILITY

United States District Court
Western District Michigan
399 Federal Building
110 Michigan St. N.W
Grand Rapids MI 49503

49503-230099