UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

JOSEPH COOPER,

        Petitioner,

Case No. 1:25-cv-940

v.

Honorable Ray Kent

MATT LEIRSTEIN,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner is **GRANTED** leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  September 10, 2025

/s/ Ray Kent
Ray Kent
United States Magistrate Judge