UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JOSEPH COOPER,

        Petitioner,

        Case No. 1:25-cv-940

v.

        Honorable Ray Kent

MATT LEIRSTEIN,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for lack of exhaustion of available state court remedies.


Dated: September 10, 2025        /s/ Ray Kent
                                                  Ray Kent
                                                  United States Magistrate Judge